IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WINDSOR E. COOKS,

       Plaintiff,

v.                               CASE NO.  4:11cv326-SPM/GRJ

FLORIDA DEPARTMENT
OF CORRECTIONS and
EDWIN BUSS,

       Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated July 12, 2011.  Doc. 3.  Plaintiff has been furnished a copy and has filed objections, pursuant to Title 28, United States Code, Section 636(b)(1).  Doc. 4.  Despite the objections, I have determined that the report and recommendation is correct and should be adopted.

In his objections, Plaintiff acknowledges that his case is subject to dismissal under the three strikes provision of Title 28, United States Code, Section 1915(g).  But instead of dismissal, he asks for 60 days to pay the filing fee.

Because the dismissal is without prejudice, Plaintiff may refile his case

with full payment of the filing fees. There is no need for this case to remain open. Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

3. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 19th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.  4:11cv326-SPM/GRJ